**DAVID M. SIEGEL & ASSOCIATES, LLC**          790 Chaddick Drive, Wheeling, IL 60090 (847) 520-8100

June 3, 2018

Re: Agreement Regarding Priority Treatment of David M. Siegel & Associates, LLC's Fees and Expenses

Dear Quarandus Taylor:

Thank you for choosing David M. Siegel & Associates, LLC (the Firm) to represent you in connection with your Chapter 13 bankruptcy case. In addition to the terms contained in the Court Approved Retention Agreement (CARA), it is our policy to confirm in writing how and when the Firm's fees and expenses will be paid. If there are any terms contained in this document that are in conflict with CARA, those terms are void.

Aside from any initial retainer that you pay the Firm, you are required to pay the Firm's fees and expenses through the Chapter 13 plan after it is approved by the Bankruptcy Court. Each month, you will pay the Trustee the amount stated in your Chapter 13 plan. The Trustee will then disburse that money out according to the provisions of your plan to the Firm and to other creditors.

The model Chapter 13 plan gives fourth priority to attorneys' fees, after the Trustee's fees, current mortgage payments, and payments to secured creditors listed in Section 3.1, 3.2, or 3.3 (for example, payment due to lenders on a loan to purchase a car, furniture, appliance or other item of personal property). The Firm intends to alter this priority hierarchy by modifying the model Chapter 13 plan to provide for payment of the Firm's attorney's fees and costs at an accelerated rate. That means that the money you send to the trustee each month will primarily be paid to the Firm and then *subsequently to pay the claims of your other creditors.* Such claims of other creditors include your car note, other financed personal property, parking tickets, taxes, and any claims of other creditors that may be included in your plan.

Aside from the Firm's commitment to perform any and all work reasonably necessary to represent you in this bankruptcy case without requiring you to pay a substantial amount of the fees and expenses up front, there is no benefit to you from this priority treatment of the Firm's fees and expenses. Furthermore, this arrangement presents certain risks. In the event that your case is dismissed before completion of the plan or if you decide to convert your case to a case under Chapter 7, it is likely that the Firm's attorney's fees will have been paid while little of your other debts will have been paid.

In addition, there is the possibility that a creditor or the Trustee may object to the Firm being paid under this altered priority arrangement. In the event of such an objection, the Firm may lower that amount that the Firm will receive each month and increase the monthly payment to such creditor in order to resolve the objection. However, creditors may seek to recover

**DAVID M. SIEGEL & ASSOCIATES, LLC**     790 Chaddick Drive, Wheeling, IL 60090 (847) 520-8100

---

additional attorneys' fees as a result of any such objection and you may be required to pay the creditors' additional attorneys' fees over time through the Chapter 13 Plan.

Your Particular Case Details:

A Chapter 13 plan has been filed on your behalf to repay your creditors. The plan is subject to change based upon creditor proof of claims and objections. Your Chapter 13 plan payment is $840.00 per month. This amount can be subject to change during your case. Included within this monthly plan payment is the Firm's compensation for representing you during the Chapter 13. You will be paying the firm a total attorney fee of $4,000.00 with no money down at the time of filing.

Within the Chapter 13 plan payment, you will be paying back your creditors and the Firm's attorney fees:

1. The trustee will be paid an estimated 4.5% of the plan payment.
2. The Firm's fees will be paid at approximately $752.50 per month.
3. **Capital One Auto Finance will be paid $13,494.09 at 6 % APR** at a fixed monthly payment of **$50.00 per month prior to confirmation and $245.35 per month post-confirmation.**
4. General Unsecured Creditors will be paid **100%** pro rata after all other creditors.

Please carefully review this letter. If the terms are not consistent with your understanding of our engagement in any respect or if you have any questions concerning the same, please notify us promptly. You can also seek advice from other counsel regarding your rights under this arrangement. Firm policy and a prior court order require that we receive confirmation of your acceptance of these terms in the form of your signature at the bottom of this letter. Please return the signed copy to the Firm as soon as possible.

Very Truly Yours,

DAVID M. SIEGEL & ASSOCIATES, LLC

_____
One of Its Attorneys

Accepted:

_____
Quarandus Taylor

Date: 06/05/18