UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                )         BK No.:  17-36018
Quarandus Taylor                          )
                                                         )
                                                         )         Chapter: 13
                                                         )
                                                         )         Honorable Deborah L. Thorne
                                                         )
            Debtor(s)                            )

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

|  |  |  |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 30.00 | for reimbursable expenses. |
| $ | 4,030.00 | **total fees and reimbursement allowed.** |
| -$ | 30.00 | less payment received from debtor before date of application. |
| $ | 4,000.00 | **balance allowed and due to the attorney under this** |

Enter:

*Deborah L. Thorne* (signature)

Honorable Deborah L. Thorne
Dated: June 20, 2018                                              United States Bankruptcy Judge

**Fees Payable to:**

David M. Siegel